# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL ARTHUR GERBER<br>*Defendant(s)* | )<br>)<br>)  Case No.  18-mj-1021-KLM<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:  On or about January 23, 2018, in the State and District of Colorado, Michael Arthur Gerber violated Title 18, United States Code, Section 111 (a) (1), Assaulting, resisting, or impending certain officers or employees.

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a)(1) & (b) | Assaulting a Federal Employee |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X**  Continued on attached sheet.

*s/Dana Marie Gutierrez*
*Complainant's signature*

Dana Marie Gutierrez, SA FPS
*Printed name and title*

Sworn to before me and:  ☐ signed in my presence.
   ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date:  **13 Feb 2018**

*Judge's signature*

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

City and state:  Denver, Colorado