## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Dana Marie Gutierrez, Special Agent with the Federal Protective Service, being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge and belief.

1. I have been employed as a Special Agent with the United States Department of Homeland Security (DHS), Federal Protective Service (FPS) since August 2011. Prior to this employment, I served as an FPS uniformed law enforcement officer beginning 2004. I graduated from the Federal Law Enforcement Training Academy Criminal Investigator Training Program and have a bachelor's degree in Criminology and Criminal Justice from the Metropolitan State College of Denver. I am assigned to investigate criminal offenses against federally owned and leased property, and persons on federally owned and leased property. I have conducted numerous investigations of criminal offenses, including destruction of government property, assaults, theft of government property, threats against government officials and other criminal offenses.

2. This affidavit is made in support of a criminal complaint charging Michael Arthur GERBER, date of birth (DOB) 01/26/1960, in violation of Title 18, United States Code, Sections 111(a)(1) and (b), intentionally forcibly assault, resist, oppose, imped, intimidate and interfere with victims, Paul A. Kenworthy and Terrence Rulla, persons designated in Title 18, United States Code, Section 1114, while the victims were engaged in the performance of their official duties; and in the commission of said acts, GERBER physically contacted and inflicted bodily injury upon the victims.

3. The facts set forth in this affidavit are based on my personal knowledge and review of records, documents, and other physical evidence obtained during this investigation, as

well as information conveyed to me by other law enforcement officials and private persons. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part and are not intended to be a verbatim recitation of such statements. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant for GERBER, I have not set forth every fact learned during this investigation.

4. On January 23, 2018, at approximately 1:50 PM, I along with Federal Protective Service (FPS) uniform officers and the Colorado Springs Police Department (CSPD) responded to the United States Social Security Administration (SSA) office located at 2306 East Pikes Peak Boulevard, Colorado Springs, Colorado, in reference to an assault against the Protective Security Officer (PSO).

5. Upon arrival, FPS uniform officers and CSPD officers conducted preliminary interviews of the victims, Protective Security Officers (PSO) Paul Kenworthy and Terrence Rulla while I reviewed recorded security footage. On January 24, 2018, I conducted follow up interviews of all witnesses.

6. Security footage includes the outside entrance, the vestibule and screening areas of the interior of the SSA office. The video footage was consistent with the statements provided by the victims. The SSA security system does not have audio capability.

7. PSO Paul Kenworthy stated while performing his screening duties he observed GERBER trying to push his way through the waiting line. PSO Kenworthy told him he needed to wait in line. GERBER began ranting loudly saying words such as, "bullshit" and called the PSO,

"a piece of shit". PSO Kenworthy told GERBER he needed to calm down and return another day.

8. GERBER continued his verbal assault of racial slurs and expletives as he was escorted out of the front door by PSO Kenworthy. Once outside, PSO Kenworthy told GERBER not to return to the SSA that day and GERBER ranted racial slurs regarding "Mexicans and DACA people".

9. Approximately 2 to 4 minutes later, PSO Kenworthy saw GERBER attempting to reenter the facility. PSO Kenworthy subsequently met him at the entry way and heard GERBER yell that he was "going to blow the place up".

10. At that time, PSO Kenworthy attempted to detain GERBER and a physical struggle ensued. During the struggle, GERBER reached into his coat pocket, and then sprayed PSO Kenworthy in the face with pepper spray over his left shoulder. While the struggle continued GERBER pointed the pepper spray at PSO Terrence Rulla as he attempted to assist PSO Kenworthy take GERBER to the ground in an effort to restrain him.

11. Both PSOs sustained minor cuts and bruises, and both suffered from the effects of the GERBER's pepper spray.

12. Based on the aforementioned information your affiant believes that there is probable cause to conclude that on January 23, 2018, Michael Arthur GERBER, DOB 01/26/1960, violated Title 18, United States Code, Section 111 (a) (1), Assaulting, resisting, or impeding certain officers or employees.

I, Dana M. Gutierrez, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

*s/Dana M. Gutierrez*
Dana M. Gutierrez
Special Agent, Federal Protective Service

Submitted, attested to, and acknowledged by reliable electronic means on ____February 13,_____, 2018.

_____
United States Magistrate Judge

**Affidavit reviewed and submitted by Daniel E. Burrows, Assistant United States Attorney.**