| | |
|---|---|
| DEFENDANT: | MICHAEL ARTHUR GERBER |
| YOB: | 1960 |
| COMPLAINT FILED? | _____ Yes   ___X___ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ Yes   ___X____ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | 18 USC § 111(a)(1) & (b) Assaulting a Federal Employee |
| LOCATION OF OFFENSE: | El Paso County, Colorado |
| PENALTY: | 20 years imprisonment, $250,000 fine, 3 years of supervised release |
| AGENT: | Dana Marie Gutierrez, SA, FPS |
| AUTHORIZED BY: | Daniel E. Burrows<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  X   five days or less ____ over five days          ____ other

THE GOVERNMENT

X_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

_____ will not seek detention

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:        _ Yes  X  No