IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    18-mj-1021-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL ARTHUR GERBER,

      Defendant.

---

## NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, by and through undersigned counsel, hereby

enters its appearance in the above captioned case.

Respectfully submitted,

VIRGINIA GRADY
Federal Public Defender

s/Mary Butterton
MARY BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
Fax:  (303) 294-1192
mary.butterton@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Daniel Edward Burrows, Assistant United States Attorney
Email:  Daniel.burrows@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Via U.S. Postal Service, regular mail
Michael Arthur Gerber

s/Mary Butterton
MARY BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
Fax:  (303) 294-1192
mary.butterton@fd.org
Attorney for Defendant