AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2018 FEB 20 PM 2:54
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 18-mj-1021-KLM |
| MICHAEL ARTHUR GERBER | ) |
| *Defendant* | ) |

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __MICHAEL ARTHUR GERBER__, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows: 18 USC § 111(a)(1) & (b) Assaulting a Federal Employee.

Date: __13 Feb 2018__

City and state: __Denver, Colorado__

_Issuing officer's signature_
Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/13/2018, and the person was arrested on *(date)* 2/16/2018
at *(city and state)* Colorado Springs, CO.

Date: 2/20/2018

_Arresting officer's signature_
Dana M. Gutierrez
*Printed name and title*