AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>__Michael Gerbery__<br>*Defendant* | )<br>)   Case No. __18MJ1021 KLM__<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: __3/12/18__

__[signature]__
*Defendant's signature*

__[signature]__
*Signature of defendant's attorney*

__MARY V. BUTTERTON__
*Printed name and bar number of defendant's attorney*

__633 17th St. Ste 1000 Denver__
*Address of defendant's attorney*

__mary.butterton@fd.org__
*E-mail address of defendant's attorney*

__(303) 294-7002__
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*