**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 18-cr-118-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL GERBER,

    Defendant.

## INDICTMENT

ASSAULTING A FEDERAL EMPLOYEE
18 U.S.C. § 111(a)(1)

CYBERSTALKING
18 U.S.C. § 2261A(2)

The Grand Jury charges:

### Count 1: Assaulting a Federal Employee

1.    On or about January 23, 2018, in the State and District of Colorado, Defendant, Michael Gerber, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with P.K., a private security guard who was assisting employees of the Social Security Administration in the performance of their official duties. In the course of such actions, Defendant made physical contact with P.K. by spraying a chemical irritant in P.K.'s face. This conduct violated 18 U.S.C. § 111(a)(1).

**Count 2: Cyberstalking**

2. Between on or about February 10 and on or about February 12, 2018, in the State and District of Colorado, Defendant, Michael Gerber, did, with the intent to harass and intimidate R.E., use an electronic communication service, electronic communication system of interstate commerce, and other facility of interstate commerce (including text messages and phone calls) to engage in a course of conduct causing and attempting to cause substantial emotional distress to R.E., in violation of 18 U.S.C. § 2261A(2).

DATED this _____14th___ day of _____March_____, 2018.

A TRUE BILL


<u>Ink signature on file in Clerk's Office</u>
***Foreperson***

***Robert C. Troyer***
U.S. Attorney


<u>s/Daniel E. Burrows_____</u>
***Daniel E. Burrows***
U.S. Attorney's Office
1801 California St.
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney