DEFENDANT :     MICHAEL GERBER

YEAR OF BIRTH:    1960

ADDRESS:             Colorado Springs, CO

COMPLAINT FILED?     X     YES _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:   18-mj-01021-KLM

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    X    YES _____ NO

OFFENSE:   Count 1: Assaulting a Federal Employee, 18 U.S.C. § 111(a)(1)
               Count 2: Cyberstalking, 18 U.S.C. § 2261A(2)

LOCATION OF OFFENSE:  El Paso County, CO

PENALTY:   Count 1: NMT 8 years' imprisonment and/or NMT $250,000 fine; NMT
            3 years supervised release; $100 special assessment
           Count 2: NMT 5 years' imprisonment and/or NMT $250,000 fine; NMT
            3 years supervised release; $100 special assessment

AGENT:     Special Agent Dana Gutierrez, Federal Protective Service

AUTHORIZED BY:   Daniel Burrows
                       Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  x   five days or less

_____ over five days

_____ other

THE GOVERNMENT **will not** seek detention in this case.

OCDETF case:  _____ Yes    x   No