IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-118-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ARTHUR GERBER,

    Defendant

_____

UNOPPOSED MOTION TO RESTRICT ACCESS
_____

Mr. Michael Arthur Gerber, Defendant, by and through undersigned counsel, Mary V. Butterton, respectfully requests that the Brief in Support [Doc. 25] and the Unopposed Motion to Exclude 60 Days from the Speedy Trial Act and Reset Trial Dates and Deadlines [Doc. 26] be restricted at Level 2.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/Mary Butterton
    MARY BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    Fax:  (303) 294-1192
    mary.butterton@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

  I hereby certify that on April 10, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Daniel Burrows, AUSA
  Email: Daniel.burrows@usdoj.gov

and I hereby certify that I have mailed the document to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated above the non-participant's name:

  Via U.S. Postal Service, regular mail
  Michael Arthur Gerber
  ComCor
  2723 N. Nevada Avenue
  Colorado Springs, CO 80907

            s/Mary Butterton
            MARY BUTTERTON
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            Fax:  (303) 294-1192
            mary.butterton@fd.org
            Attorney for Defendant