IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-118-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL ARTHUR GERBER,

        Defendant.

---

**BRIEF IN SUPPORT OF MOTION TO RESTRICT ACCESS**

---

        Michael Arthur Gerber ("Mr. Gerber"), by and through undersigned counsel, Mary V. Butterton, hereby requests that the Unopposed Motion to Exclude 60 Days from the Speedy Trial Act and Reset Trial Dates and Deadlines [Doc. 26] and the present filing [Doc. 25] be docketed under Level 2 Restriction pursuant to Local Rule of Criminal Procedure 47.1 of the United States District Court, District of Colorado. In support of this request, he states as follows:

        1.     The Unopposed Motion to Exclude 60 Days from the Speedy Trial Act and Reset Trial Dates and Deadlines references topics that are confidential and sensitive, and should be limited to viewing only by the Court, the U.S. Attorney's Office, and undersigned counsel.

        2.     Public policy favors restriction.

        3.     Accordingly, based on the contents of the present document and of Defendant's Unopposed Motion to Exclude 60 Days from the Speedy Trial Act and Reset Trial Dates and Deadlines, it is requested that this Brief in Support of Motion to Restrict Access also be restricted to Level 2 access.

4.      Undersigned counsel contacted counsel for the government and the government does not oppose the Motion.

WHEREFORE, Mr. Gerber, through counsel, respectfully requests that the Court restrict the access to the present filing [Doc. 25] and the Unopposed Motion to Exclude 60 Days from the Speedy Trial Act and Reset Trial Dates and Deadlines [Doc. 26], to be viewed by the parties involved in the present matter and the Court, pursuant to Local Rule of Criminal Procedure 47.1, United States District Court, District of Colorado.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/Mary Butterton
    MARY BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    Fax:  (303) 294-1192
    mary.butterton@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

       I hereby certify that on April 10, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Daniel Burrows, AUSA
    Email: daniel.burrows@usdoj.gov

and I hereby certify that I have mailed the document to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated above the non-participant's name:

    Via U.S. Postal Service, regular mail
    Michael Arthur Gerber
    ComCor
    2723 N. Nevada Avenue
    Colorado Springs, CO 80907

                                            s/Mary Butterton
                                            MARY BUTTERTON
                                            Assistant Federal Public Defender
                                            633 17th Street, Suite 1000
                                            Denver, CO  80202
                                            Telephone:  (303) 294-7002
                                            Fax:  (303) 294-1192
                                            mary.butterton@fd.org
                                            Attorney for Defendant