IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.      18-CR-118-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL ARTHUR GERBER,

       Defendant.

_____

**UNOPPOSED MOTION TO EXTEND MOTIONS FILING DEADLINE**
_____

Defendant MICHAEL ARTHUR GERBER, by and through undersigned counsel, hereby moves this Court for an Order extending the motions filing deadline of May 11, 2018 by 14 days, to May 25, 2018, and in support thereof, states as follows:

1.    On April 10, 2018, Mr. Gerber filed a Motion to Exclude 60 Days from the Speedy Trial Act; on April 13, 2018 the Court granted that motion. (Docs. 26, 28).

2.    In its Order granting the Motion, the Court set a motions filing deadline of May 11, 2018. (Doc. 28 at 5).

3.    Undersigned counsel is scheduled to be on jury trial before the Honorable Judge Brimmer from May 7 through 17, 2018. *See* 15CR-00037-PAB, *United States v. Kenneth Brewington*.

4.    Further, as of the date of this filing, undersigned counsel has not yet received some of the records underlying her initial request for an exclusion of time (Doc. 26), nor some

outstanding discovery from the government. Counsel believes that these records will arrive in the coming two weeks.

5.      Counsel will be unable to fully review the anticipated records and consult with Mr. Gerber, who resides in Colorado Springs, during the course of the aforementioned trial (and, more relevantly, by the currently-set motions filing date of May 11, 2018).  Both review of the records and consultation with Mr. Gerber are vital in deciding if pretrial motions are appropriate in this case.  Upon completion of the previously-scheduled trial, counsel expects to complete both review and consultation with Mr. Gerber within 7 days.  At this point, counsel does not anticipate requesting this Court for an additional exclusion of time from the requirements of the Speedy Trial Act.

6.      Undersigned counsel has contacted Assistant U.S. Attorney Daniel Burrows, who has indicated he does not oppose this motion.

Wherefore, Mr. Gerber respectfully requests this Court for an Order vacating the current motions filing deadline of May 11, 2018, and extending that deadline by 14 days to May 25, 2018.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary.Butterton@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on **May 2, 2018** I electronically filed the foregoing

**UNOPPOSED MOTION TO EXTEND MOTIONS FILING DEADLINE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Daniel Burrows, Assistant United States Attorney
Email: Daniel.Burrows@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

VIA U.S. POSTAL SERVICE, regular mail
Michael Arthur Gerber
Reg. No. 44594-013
ComCor
3950 N. Nevada Avenue
Colorado Springs, CO 80907

        s/Mary V. Butterton
        Mary V. Butterton
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Mary_Butterton@fd.org
        Attorney for Defendant