IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     18-CR-118-RM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

MICHAEL ARTHUR GERBER,

  Defendant.

---

**DEFENDANT'S MOTION FOR OUT-OF-CUSTODY MENTAL HEALTH EVALUATION AND COMPETENCY DETERMINATION**

---

  The defense hereby moves this Court for an Order authorizing a psychiatric or psychological examination of Michael Gerber, by a certified psychiatrist or psychologist, for the purpose of determining whether he suffers from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C.A. § 4241(a). The defense further requests this Court to thereafter set a hearing to determine his competency to proceed, pursuant to 18 U.S.C. § 4241(a), (b) and (c), and 18 U.S.C. § 4247(b) and (c). In support thereof, the defense states as follows:

  1. Mr. Gerber is charged with one count of assaulting, resisting, and impeding a federal employee, in violation of 18 U.S.C. § 111(a)(1), and one count of cyberstalking, in violation of 18 U.S.C. § 2261A(2). Doc. 1. Mr. Gerber has entered a plea of not guilty to those charges.

  2. Based on her interactions with Mr. Gerber, undersigned counsel has reason to believe that Mr. Gerber may be suffering from a mental disease or defect rendering him mentally

incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Due to attorney-client confidences, undersigned counsel cannot disclose any further information about the attorney-client interactions.

3. Mr. Gerber is currently on pretrial release and is residing at the COMCOR halfway house in Colorado Springs. Docs. 11, 12. Pursuant to 18 U.S.C. § 4247(b), undersigned counsel requests that the Court appoint a licensed psychologist or psychiatrist to conduct an out-of-custody evaluation of Mr. Gerber.[1] Because Mr. Gerber is indigent and lacks resources for travel, counsel further requests that the appointed professional be one who is located in the Denver or Colorado Springs area.

4. Counsel further requests the Court to direct the preparation of a written report and that, once completed, copies of the report be delivered *directly* to undersigned counsel, the Assistant United States Attorney, and this Court. 18 U.S.C. § 4247(c).

5. Counsel further requests that this Court order both counsel to contact chambers to set a date for hearing on Mr. Gerber's competency.

6. Undersigned counsel asks that the Court vacate all current dates and deadlines. 18 U.S.C.A. § 3161 (h)(1) excludes from speedy trial calculations "[a]ny period of delay resulting

---

[1] While 18 U.S.C. §4247(b) relates that the Court "may" commit a person to the Bureau of Prisons for an impatient competency evaluation, "the statute does not grant a district court unbounded discretion to order such a commitment as opposed to an outpatient examination." *United States v. Song*, 530 Fed. Appx. 255, 259 (4th Cir. 2013). *See also United States v. Neal*, 679 F.3d 737 (8th Cir.2012); *United States v. Deters*, 143 F.3d 577, 582–84 (10th Cir.1998) (In ordering commitment pursuant to 18 U.S.C. § 4241, a "district court should make findings of fact concerning the need for commitment.")

from . . . any proceeding, including any examinations, to determine the mental competency . . . of the defendant."

WHEREFORE, the defense requests this Court order a psychiatric or psychological examination of the defendant, by a certified psychiatrist or psychologist, and to thereafter set a hearing to determine his competency to proceed, pursuant to 18 U.S.C. § 4241(a),(b) and (c), and 18 U.S.C. § 4247(b) and (c).

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado    80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
E-mail:  Mary_Butterton@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Daniel J. Burrows, AUSA
    Email: Daniel.burrows@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    VIA U.S. POSTAL SERVICE, regular mail
    Michael Arthur Gerger
    Reg. No. 44594-013
    ComCor
    3950 N. Nevada Ave
    Colorado Springs, CO 80907

    s/Mary Butterton
    MARY BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    mary.butterton@fd.org
    Attorney for Defendant