IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     18-CR-118-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL ARTHUR GERBER,

      Defendant.

___

### MOTION TO CONTINUE HEARING
___

Defendant MICHAEL ARTHUR GERBER, by and through undersigned counsel, hereby moves this Court to continue the Hearing on the defendant's Unopposed Motion for Out-of-Custody Mental Health Evaluation (Doc. 31), and requests a date after June 12, 2018.

1. On May 25, 2018, Mr. Gerber filed a Motion for Out-of-Custody Mental Health Evaluation and Competency Determination. Doc. 31.

2. On May 29, 2018, the Court set the motion for hearing on June 1, 2018. Doc. 32.

3. Undersigned counsel has a previously-scheduled court appearance that day in Grand Junction, Colorado. She is scheduled to fly into Grand Junction the morning of June 1 and fly back later that evening.

4. Further, Special Assistant U.S. Attorney Daniel Burrows is out of the office until June 12, 2018. Undersigned counsel has contacted SAUSA Burrows' office; his assistant confirmed his schedule but was unable to convey Mr. Burrows' position on this motion.

1

Wherefore, Mr. Gerber respectfully requests this Court for an Order vacating the current motion hearing date of June 1, 2018 and resetting the hearing to a date convenient to the Court after June 12, 2018.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary.Butterton@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on **May 29, 2018,** I electronically filed the foregoing

## MOTION TO CONTINUE HEARING

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Daniel Burrows, Assistant United States Attorney
    Email: Daniel.Burrows@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    <u>VIA U.S. POSTAL SERVICE, regular mail</u>
    MICHAEL ARTHUR GERBER
    Reg. No. 44594-013
    ComCor
    3950 N. Nevada Ave
    Colorado Springs, CO 80907

                                              <u>s/Mary V. Butterton</u>
                                              Mary V. Butterton
                                              Assistant Federal Public Defender
                                              633 17th Street, Suite 1000
                                              Denver, CO  80202
                                              Telephone:  (303) 294-7002
                                              FAX:  (303) 294-1192
                                              Mary_Butterton@fd.org
                                              Attorney for Defendant