# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  June 14, 2018 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation Officer:  n/a | |

**CASE NO.   18-cr-00118-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Daniel Burrows |
| Plaintiff, | |
| v. | |
| 1.   MICHAEL ARTHUR GERBER, | Mary Butterton |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**
**Court in session:**        9:01 a.m.
Appearances of counsel.   Defendant is present and on bond.

Discussion held regarding Defendant's Motion for Out-of-Custody Mental Health Evaluation [sic] and Competency Determination (Doc. 31).

9:10 a.m.       Mr. Burrows states his objection to restricting a portion of this hearing.

Mr. Burrows is excused from the courtroom, and the courtroom is locked.

**ORDERED:**   The transcript of this portion of the hearing shall be restricted to the Court and the defendant.

Ms. Butterton argues the motion to the Court.

The defendant addresses the Court.

9:22 a.m.       The courtroom is unlocked, and Mr. Burrows is present.

The Court states its findings.

**ORDERED:**  This portion of the transcript shall be unrestricted.

**ORDERED:**  The Trial Preparation Conference, trial, and any deadlines are VACATED.

The Court will issue a written order.

Discussion held regarding the defendant's medical records and conditions of release.

**Court in recess:**         9:41 a.m.
**Total in court time:**    00:40
**Hearing concluded**