**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:   July 11, 2018 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation Officer:  n/a | |

**CASE NO.   18-cr-00118-RM**

<u>Parties</u>                                                          <u>Counsel</u>

UNITED STATES OF AMERICA,                            Daniel Burrows

      Plaintiff,

v.

1.  MICHAEL ARTHUR GERBER,                         Mary Butterton

      Defendant.

---

**COURTROOM MINUTES**

---

**COMPETENCY HEARING**
**Court in session:**      **10:32 a.m.**
Appearances of counsel.   Defendant is present and on bond.

Discussion held regarding the report filed by Dr. Fukutaki, speedy trial calculations, setting a trial date, and the defendant's request for new counsel.

**ORDERED:**  A three-day jury trial is set for **September 10, 2018.   Counsel and the parties shall be present at 8:30 a.m. on the first day of trial and at 9:00 a.m. on subsequent days.**   A Trial Preparation Conference is set for **August 29, 2018, at 12:00 p.m.**

Ms. Butterton is directed to file a motion for appointment of new counsel on or before July 18, 2018.

**Court in recess:**        **10:58 a.m.**
**Total in court time:**     **00:26**
**Hearing concluded**