IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  18-CR-00118-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL ARTHUR GERBER,

       Defendant.

**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO APPOINT NEW COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL**

The Office of the Federal Public Defender, through Mary V. Butterton, Assistant Federal Public Defender, moves to withdraw as appointed counsel for the above named defendant.  In support of this motion Defendant states that:

1.      Mr. Gerber was appointed counsel through the Criminal Justice Act on February 20, 2018. Doc. 5. Undersigned counsel and the Office of the Federal Public Defender ("FPD") entered an appearance that same day. Doc. 7.

2.      The United States District Court for the District of Colorado has adopted the Colorado Rules of Professional Conduct. *See* D.C.COLO.LAttyR 2(a).  Colorado Rule of Professional Conduct 1.16 authorizes withdrawal for good cause.  *See* Colo. RPC 1.16 (2012). Undersigned counsel maintains that good cause exists for withdrawal in the present case.

3.      Counsel believes that she is ethically bound to file this motion to withdraw as counsel.  Further, Mr. Gerber has requested that counsel file the instant motion for new counsel to be appointed.

4. Communication between counsel and Defendant has irretrievably broken down. Counsel has met with Defendant several times over the course of several months. The attorney-client relationship has slowly deteriorated, and the deterioration has recently accelerated. Counsel believes the attorney-client relationship is now in a state of disrepair. Counsel believes additional efforts to communicate would be fruitless.

5. As a result of the above, the continued representation of Mr. Gerber by undersigned counsel and the Office of the Federal Public Defender is not feasible. "To warrant the substitution of counsel, a defendant must show good cause, such as. . . . a complete breakdown of communications." *United States v. Padilla*, 819 F.2d 952, 955 (10th Cir. 1987) (emphasis added). "Good cause for substitution of counsel consists of more than a mere strategic disagreement between the Defendant and his attorney ... rather there must be a total breakdown in communications." *United States v. Lott*, 310 F.3d 1231, 1249 (10th Cir. 2002).

6. Counsel believes the standard is satisfied in this case. This motion is not being filed due to mere strategic disagreement between Mr. Gerber and undersigned counsel. For reasons which counsel cannot discuss, because of the attorney-client privilege, the relationship between counsel and Defendant is irreparably damaged such that continued representation would violate counsel's ethical duties of Loyalty, Diligence (Colorado Rule of Professional Conduct 1.3).

7. Pursuant to D.C.Colo. L. Cr. R. 57.5.D, a copy of this motion is being mailed to Mr. Gerber. Because Mr. Gerber previously has been declared indigent, and to assist Mr. Gerber in complying with these rules, this motion respectfully requests that a member of the Criminal Justice Act Panel be appointed to represent him.

WHEREFORE, undersigned counsel respectfully moves this Court for an Order allowing the FPD to withdraw as counsel of record and appoint new counsel from the CJA panel.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/Mary V. Butterton
        MARY V. BUTTERTON
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:  (303) 294-7002
        Email:  Mary_Butterton@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on July 16, 2018 I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO APPOINT NEW COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Daniel Burrows, SAUSA
  Email: Daniel.Burrows@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participants name:

  Michael Gerber (via Mail)

            s/Mary V. Butterton
            MARY V. BUTTERTON
            Assistant Federal Public Defender
            633 Seventeenth Street, Suite 1000
            Denver, Colorado  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Email:  Mary_Butterton@fd.org
            Attorney for Defendant