**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 18-cr-00118-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL GERBER,

    Defendant.

_____

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO APPOINT NEW COUNSEL FROM THE CRIMINAL JUSTICE ACT (ECF NO. 41)**
_____

    IT IS ORDERED that the Motion to Withdraw as Counsel of Record and to Appoint New Counsel from the Criminal Justice Act (ECF No. 41) is GRANTED and Mary V. Butterton is allowed to withdraw as counsel for Defendant Michael Gerber, effective upon entry of appearance of substitute counsel.  It is further ORDERED that conflict-free counsel from the Criminal Justice Act Panel shall be appointed for this Defendant.

    Dated this 16th day of July, 2018.

                                                      BY THE COURT:

                                                      _____
                                                      RAYMOND P. MOORE
                                                      United States District Judge