# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00118-RM

UNITED STATES OF AMERICA,

      Plaintiff

      v.

MICHAEL GERBER,

      Defendant.

---

## ENTRY OF APPEARANCE

---

John F. Sullivan of the Law Office of John F. Sullivan, III, PC, respectfully enters his appearance on behalf of the Defendant, Michael Gerber.

Respectfully submitted this the 20th day of July, 2018

s/John F Sullivan_____
Law Office of John F. Sullivan, III, PC
1745 Shea Center Drive, 4th Floor
Littleton, CO 80129
(303) 748-4343

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this entry on the parties below on this the 20th day of July, 2018 via ECF:

    United States Attorney's Office

s/John F. Sullivan_____
