CO-PS8
(12/14-D/CO)

# United States District Court
# for the District of Colorado

U.S.A. vs. Michael Arthur Gerber          Dkt. No. 1:18CR00118-1

## Petition for Warrant on Defendant On Pretrial Release

Comes now, Lynn Matesi United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Michael Arthur Gerber, who was placed under pretrial release supervision by the Honorable Michael J. Watanabe, sitting in the Court at Denver Colorado, on February 23, 2018. As noted in the Order Setting Conditions of Release [Document 12], the Court ordered conditions of pretrial release. The probation officer alleges the defendant has violated the following terms and conditions of pretrial release as set forth herein.

**Respectfully presenting petition for action of the Court and for cause as follows:**

1) **Maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.**

On August 16, 2018, at 6:00 AM the defendant was informed by ComCor staff that he was being placed on a sign-out hold until he could speak with the Correctional Supervisor regarding the state of his room as well as his attitude toward staff. At 7:17 AM, staff completed an area and accountability check and discovered that the defendant was not on facility grounds. Staff attempted to contact the defendant on his cell phone with negative results. Calls were made to the local hospitals and it was verified that the defendant had not been admitted. The defendant returned the facility later that day. He stated that he did not think the reason for Comcor restricting his pass was legitimate, so he decided to leave on his pass.

Comcor management met twice to discuss the incident and his overall performance while at facility. Along with this incident, the defendant has had multiple incidents in which he has been disrespectful and belligerent toward staff. Based on such, ComCor has unsuccessfully discharged the defendant from the ComCor Community Corrections Center, effective August 27, 2018.

The defendant has failed to maintain residence at a halfway house or community corrections center as directed per his conditions of pretrial release. It is noted the defendant does not have a residence or any other family/friends in the area where he can reside.

| | | |
|---|---|---|
| Michael Arthur Gerber<br>1:18CR00118-1 | Petition on Pretrial Release<br>Page - 2 | August 27, 2018 |

RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER the issuance of a warrant for violations of pretrial release, and subsequent to the arrest of the defendant, that the Court consider revocation of bond.

## ORDER OF THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

*s/ Lynn J. Matesi*
Lynn J. Matesi
United States Probation Officer
Date:   August 27, 2018

I declare under the penalty of perjury that the foregoing is true and correct.

*s/ Travis L. Cormaney*
Travis L. Cormaney
Supervisory United States Probation Officer
Date:   August 27, 2018

Considered and ordered filed under seal and made a part of the record in the above case.

Kristen L. Mix
United States Magistrate Judge
Date:   August 27, 2018