AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:18-cr-00118-RM-01 |
| | ) | |
| | ) | |
| MICHAEL ARTHUR GERBER | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael Arthur Gerber ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment   ❐ Superseding Indictment   ❐ Information   ❐ Superseding Information   ❐ Complaint
❐ Probation Violation Petition   ❐ Supervised Release Violation Petition   ❐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

  Pretrial release/bond violation: Failure to Reside at Residential Reentry Center.

Date:   8/27/2018

*Issuing officer's signature:* s/ J. Garcia-Gonzalez, Deputy Clerk

City and state:   Denver, Colorado

*Printed name and title:* JEFFREY P. COLWELL, CLERK

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*