AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:16 pm, Aug 31, 2018
JEFFREY P. COLWELL, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:18-cr-00118-RM-01 |
| | ) | |
| | ) | |
| | ) | |
| MICHAEL ARTHUR GERBER | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Michael Arthur Gerber
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☒ Order of the Court

This offense is briefly described as follows:

Pretrial release/bond violation: Failure to Reside at Residential Reentry Center.

Date:     8/27/2018

s/ J. Garcia-Gonzalez, Deputy Clerk
*Issuing officer's signature*

City and state:     Denver, Colorado

JEFFREY P. COLWELL, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 8/28/18, and the person was arrested on *(date)* 8/28/18
at *(city and state)* Colorado Springs, CO. 80905.

Date: 8/29/18

*Arresting officer's signature*

M. Kaybee, Deputy US Marshal
*Printed name and title*