# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-000118-RM

UNITED STATES OF AMERICA,

    Plaintiff

    v.

MICHAEL GERBER,

    Defendant.

___

## NOTICE OF DISPOSTION

___

The Defendant, by and through counsel, John Sullivan, of the Law Office of John F. Sullivan, III, PC, notifies the Court that the parties have reached a disposition and requests that the Court set a hearing for the entry of a guilty plea.

Respectfully submitted this the 24th day of September, 2018

    s/John F Sullivan
    Law Office of John F Sullivan, III
    1745 Shea Center Drive, 4th Floor
    Littleton, CO 80129
    (303) 748-4343

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this notice on the party below on this the 24th day of September, 2018 via ECF:

    Mr. Daniel Burrows
    Special Assistant United States Attorney

    s/John F. Sullivan_____