**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 18-cr-00118-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHAEL GERBER,

      Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

Pursuant to the Notice of Disposition filed on September 24, 2018 (Docket No. 56).  A Change of Plea Hearing is set for **October 10, 2018 at 11:00 a.m.  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 72 hours before the change of plea hearing**.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **October 12, 2018**, and the four-day jury trial scheduled for **October 22, 2018** are VACATED.

DATED this 27th day of September, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge