**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 18-cr-00118-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL GERBER,

    Defendant.

## Motion to Dismiss

Consistent with its obligations under the plea agreement in this case, the United States hereby moves to dismiss, with prejudice, Count 2 of the Indictment at the conclusion of Defendant's sentencing hearing.

Respectfully submitted this 20th day of December, 2018.

    *Jason R. Dunn*
    U.S. Attorney


    s/ Daniel E. Burrows
    *Daniel E. Burrows*
    1801 California St.
    Suite 1600
    Denver, CO 80202
    Telephone: (303) 454-0100
    FAX: (303) 454-0400
    E-mail: daniel.burrows@usdoj.gov
    Special Assistant U.S. Attorney