IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  Michelle Means | Date:  January 3, 2019<br>Interpreter: n/a |

**CASE NO.  18-cr-00118-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Daniel Burrows |
| Plaintiff, | |
| v. | |
| 1.  MICHAEL ARTHUR GERBER, | John Sullivan |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**Court in session:  9:30 a.m.**
Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on October 10, 2018, to Count 1 of the Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

Argument given regarding sentencing.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant's motion (Doc. 68) is DENIED.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the

Court that the defendant, MICHAEL ARTHUR GERBER, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **one (1) year and one (1) day.**

Court RECOMMENDS that the Bureau of Prisons assure that the defendant takes as and when required any and all medication prescribed by his psychiatrist.

**ORDERED:** Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:** While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed, because the defendant has no ability to pay a fine.

**ORDERED:** Defendant shall make **restitution** in the amount of **$66.19**.

The Court finds, pursuant to 18 U.S.C. § 3663A(c)(3)(B), that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**ORDERED:** Government's Motion to Dismiss (Doc. 64) is GRANTED.

The Court addresses the Deputy U.S. Marshals.

**Court in recess:**    **11:06 a.m.**
Hearing concluded.
Total time:    1:34