# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-000118-RM

UNITED STATES OF AMERICA,

    Plaintiff

v.

MICHAEL GERBER,

    Defendant.

_____

## NOTICE OF APPEAL

_____

The Defendant by and through counsel, John Sullivan, of the Law Office of John F. Sullivan, III, PC, gives notice that he intends to file an appeal to the Tenth Circuit Court of Appeals.  Judgment was entered on January 4, 2019

Respectfully submitted this the 17th day of January, 2019.

                                                  s/John F. Sullivan_____
                                                Law Office of John F Sullivan, III
                                                1745 Shea Center Drive, 4th Floor
                                                Littleton, CO 80129
                                                (303) 748-4343

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this entry on the party below on this the 17th day of January, 2019 via ECF:

    Mr. Daniel Burrows
    Special Assistant United States Attorney

                                                s/John F. Sullivan_____