APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:18−cr−00118−RM−1
### *Internal Use Only*

Case title: USA v. Gerber
Magistrate judge case number:  1:18−mj−01021−KLM

Date Filed: 03/14/2018
Date Terminated: 01/04/2019

Assigned to: Judge Raymond P. Moore

**Defendant (1)**

| | |
|---|---|
| **Michael Arthur Gerber**<br>*TERMINATED: 01/04/2019* | represented by **John F. Sullivan , III**<br>John F. Sullivan, III, P.C., Law Office of<br>1745 Shea Center Drive<br>4th Floor<br>Highlands Ranch, CO 80129<br>303−748−4343<br>Email: jfslaw1@aol.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Mary Virginia Butterton**<br>Federal Public Defender's Office−Denver<br>633 17th Street<br>Suite 1000<br>Denver, CO 80202<br>303−294−7002<br>Fax: 303−294−7002<br>Email: mary_butterton@fd.org<br>*TERMINATED: 07/20/2018*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 111(a)(1) Assaulting a Federal Employee<br>(1) | The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: twelve (12) months and one (1) day. Supervised release for a term of: three (3) years. $100.00 Special Assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 2261A(2) Cyberstalking (2) | Dismissed on the Motion of the Government. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:111.F – Assaulting a Federal Employee | |

**Plaintiff**

| **USA** | represented by | **Daniel Edward Burrows** U.S. Attorney's Office–Denver 1801 California Street Suite 1600 Denver, CO 80202 303–454–0201 Email: daniel.burrows@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Federal Agency Attorney* |
|---|---|---|

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/13/2018 | 1 | | CRIMINAL COMPLAINT as to Michael Arthur Gerber (1). (Attachments: # 1 Affidavit, # 2 Criminal Information Sheet) (tsher, ) [1:18–mj–01021–KLM] (Entered: 02/13/2018) |
| 02/13/2018 | 2 | | Arrest Warrant Issued in case as to Michael Arthur Gerber. (tsher, ) [1:18–mj–01021–KLM] (Entered: 02/13/2018) |
| 02/20/2018 | 3 | | Arrest of Michael Arthur Gerber. Initial Appearance set for 2/20/2018 02:00 PM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. (Text Only entry)(tsher, ) [1:18–mj–01021–KLM] (Entered: 02/20/2018) |
| 02/20/2018 | 4 | | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael J. Watanabe: Initial Appearance as to Michael Arthur Gerber held on 2/20/2018. Defendant present in custody. Defendant |

| | | | |
|---|---|---|---|
| | | | advised. Financial Affidavit tendered. Court appoints counsel. Detention Hearing set for 2/22/2018 02:00 PM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. Preliminary Hearing will be set at a later time. Defendant remanded. (Total time: 5 minutes, Hearing time: 2:14 – 2:19 p.m.)<br><br>**APPEARANCES**: Daniel Burrows on behalf of the Government, Matthew Belcher on behalf of the defendant, Gary Burney on behalf of pretrial. FTR: Courtroom A−502. (slibi, ) Text Only Entry [1:18−mj−01021−KLM] (Entered: 02/20/2018) |
| 02/20/2018 | 5 | | ORDER APPOINTING COUNSEL as to Michael Arthur Gerber by Magistrate Judge Michael J. Watanabe on 2/20/2018. Text Only Entry (slibi, ) [1:18−mj−01021−KLM] (Entered: 02/20/2018) |
| 02/20/2018 | 6 | | CJA 23 Financial Affidavit by Michael Arthur Gerber. (slibi, ) [1:18−mj−01021−KLM] (Entered: 02/20/2018) |
| 02/20/2018 | 7 | | NOTICE OF ATTORNEY APPEARANCE: Mary Virginia Butterton appearing for Michael Arthur GerberAttorney Mary Virginia Butterton added to party Michael Arthur Gerber(pty:dft) (Butterton, Mary) [1:18−mj−01021−KLM] (Entered: 02/20/2018) |
| 02/20/2018 | 8 | | Arrest Warrant Returned Executed on 2/16/2018 in case as to Michael Arthur Gerber. (tsher, ) [1:18−mj−01021−KLM] (Entered: 02/21/2018) |
| 02/22/2018 | 9 | | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael J. Watanabe: Detention Hearing as to Michael Arthur Gerber held on 2/22/2018. Defendant present in custody. Defendant is not contesting detention. Defendant will be released on a $10,000 unsecured bond to a halfway house. Probation is waiting to hear back from ComCor to see if there is space available. If ComCor is not available Defendant will be released to the Independence House. Bond Release Hearing set for 2/23/2018 10:00 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. Preliminary Examination set for 3/12/2018 10:00 AM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. Defendant remanded.(Total time: 18 minutes, Hearing time: 2:39 – 2:57 p.m.)<br><br>**APPEARANCES**: Daniel Burrows on behalf of the Government, Laura Suelau on behalf of the defendant, Pat Hanley on behalf of pretrial. FTR: |

| | | | |
|---|---|---|---|
| | | | Courtroom A−502. (slibi, ) Text Only Entry [1:18−mj−01021−KLM] (Entered: 02/22/2018) |
| 02/23/2018 | 10 | | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael J. Watanabe: Bond Hearing as to Michael Arthur Gerber held on 2/23/2018. Defendant present in custody. Defendant released on a 10,000 unsecured bond to ComCor. Defendant advised of conditions of bond and remanded for processing and release. Defendant is directed to report to pretrial upon release. (Total time: 9 minutes, Hearing time: 10:12 − 10:21 a.m.)<br><br>**APPEARANCES**: Tim Edmonds on behalf of the Government, Warren Williamson on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: Courtroom A−502. (slibi, ) Text Only Entry [1:18−mj−01021−KLM] (Entered: 02/23/2018) |
| 02/23/2018 | 11 | | Appearance Bond Entered as to Michael Arthur Gerber in amount of $10,000 Unsecured. (slibi, ) [1:18−mj−01021−KLM] (Entered: 02/23/2018) |
| 02/23/2018 | 12 | | ORDER Setting Conditions of Release by Magistrate Judge Michael J. Watanabe on 2/23/2018. (slibi, ) [1:18−mj−01021−KLM] (Entered: 02/23/2018) |
| 03/12/2018 | 15 | | COURTROOM MINUTES for Preliminary Hearing as to Michael Arthur Gerber held on 3/12/2018 before Magistrate Judge Nina Y. Wang. Defendant present on bond. Defendant waives Preliminary Hearing. Waiver tendered. Defendants bond continues. (Total time: 2 minutes, Hearing time: 10:07−10:09)<br><br>**APPEARANCES**: Daniel Burrows on behalf of the Government, Mary Butterton on behalf of the Defendant. FTR: Courtroom C−204. (bwilk, ) Text Only Entry [1:18−mj−01021−KLM] (Entered: 03/12/2018) |
| 03/12/2018 | 16 | | WAIVER of Preliminary Hearing by Michael Arthur Gerber. (bwilk, ) [1:18−mj−01021−KLM] (Entered: 03/12/2018) |
| 03/14/2018 | 17 | | INDICTMENT as to Michael Arthur Gerber (1) count(s) 1, 2. (Attachments: # 1 Criminal Information Sheet) (cthom, ) (Entered: 03/15/2018) |
| 03/14/2018 | 18 | | RESTRICTED DOCUMENT − Level 4(cthom, ) (Entered: 03/15/2018) |
| 03/14/2018 | 19 | | Summons Issued as to Michael Arthur Gerber (cthom, ) (Entered: 03/15/2018) |

| | | | |
|---|---|---|---|
| 03/14/2018 | 20 | | MINUTE ORDER Arraignment and Discovery Hearing set for 3/28/2018 02:00 PM in Courtroom A 401 before Magistrate Judge Kristen L. Mix as to Michael Arthur Gerber pursuant to 17 Indictment. Text Only Entry. (cthom, ) (Entered: 03/15/2018) |
| 03/28/2018 | 21 | | COURTROOM MINUTES ENTRY for proceedings held before Magistrate Judge Kristen L. Mix: Arraignment and Discovery Hearing as to Michael Arthur Gerber held on 3/28/2018. Defendant present on bond. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Defendants bond continued. Counsel is directed to chambers. (Total time: 2 minutes, Hearing time: 2:04 – 2:06 p.m.)<br><br>**APPEARANCES**: Daniel Burrows on behalf of the Government, Mary Butterton on behalf of the defendant. FTR: Courtroom A–401. (slibi, ) Text Only Entry (Entered: 03/28/2018) |
| 03/28/2018 | 22 | | Discovery Conference Memorandum and ORDER: Estimated Trial Time – 2 days as to Michael Arthur Gerber by Magistrate Judge Kristen L. Mix on 3/28/18. (lgale, ) (Entered: 03/28/2018) |
| 03/29/2018 | 23 | | ORDER Setting Trial Dates and Deadlines as to Michael Arthur Gerber. Motions due by 4/13/2018. Responses due by 4/20/2018. 4 day Jury Trial set for 5/21/2018 at 9:00 AM, 08:30 AM first day start, in Courtroom A 601 before Judge Raymond P. Moore. Trial Preparation Conference set for 5/14/2018 at 01:30 PM in Courtroom A 601 before Judge Raymond P. Moore. ORDERED by Judge Raymond P. Moore on 3/29/2018. (cthom, ) (Entered: 03/29/2018) |
| 04/10/2018 | 24 | | MOTION for Leave to Restrict by Michael Arthur Gerber. (Butterton, Mary) (Entered: 04/10/2018) |
| 04/10/2018 | 25 | | UN–RESTRICTED DOCUMENT – Level 2: as to Michael Arthur Gerber. (Butterton, Mary) (Modified on 4/13/2018 Un–restricted pursuant to the 28 Order)(evana, ). (Entered: 04/10/2018) |
| 04/10/2018 | 26 | | UN–RESTRICTED DOCUMENT – Level 2: as to Michael Arthur Gerber. (Butterton, Mary) (Modified on 4/13/2018 Un–restricted pursuant to the 28 Order)(evana, ). (Entered: 04/10/2018) |
| 04/13/2018 | 27 | | ORDER denying 24 Motion for Leave to Restrict as to Michael Arthur Gerber (1). Although there are references to sensitive material in the motion, the matters set forth are general in nature and do not |

| | | | |
|---|---|---|---|
| | | | require restriction. This is especially true in the case of a motion for an extension of speedy trial time in which the public has a statutory interest. See 18 U.S.C. § 3161(h)(7)(A). Accordingly, the motion is DENIED. SO ORDERED by Judge Raymond P. Moore on 4/13/2018. (Text Only Entry ) (rmsec ) (Entered: 04/13/2018) |
| 04/13/2018 | 28 | | ORDER granting 26 Motion to Continue as to Michael Arthur Gerber (1). The current Trial date and all pretrial deadlines and settings are hereby VACATED; and Defendant shall have to and including May 11, 2018 to file pretrial motions and responses to these motions shall be filed by May 25, 2018. A four−day jury trial is RESET for July 16, 2018 at 9:00 a.m. On the first day of trial, counsel and pro se parties shall be present at 8:30 a.m. The Trial Preparation Conference is RESET for July 6, 2018 at 11:00 a.m., by Judge Raymond P. Moore on 4/13/2018. (evana, ) (Entered: 04/13/2018) |
| 05/02/2018 | 29 | | Unopposed MOTION for Order *on Motion to Extend Motions Filing Deadline* by Michael Arthur Gerber. (Butterton, Mary) (Entered: 05/02/2018) |
| 05/04/2018 | 30 | | ORDER granting 29 Motion for Order as to Michael Arthur Gerber (1). Motions due by 5/25/2018. Responses due by 6/1/2018. SO ORDERED by Judge Raymond P. Moore on 5/4/2018. (Text Only Entry ) (rmsec ) (Entered: 05/04/2018) |
| 05/25/2018 | 31 | | MOTION for Order *on Motion for Out−of−Custody Mental Health Evaluation and Competency Determination* by Michael Arthur Gerber. (Butterton, Mary) (Entered: 05/25/2018) |
| 05/29/2018 | 32 | | MINUTE ORDER as to Michael Arthur Gerber. Motion Hearing on Defendant's Motion for Out−of−Custody Mental Health Evaluation and Competency Determination 31 set for 6/1/2018 at 10:30 AM in Courtroom A 601 before Judge Raymond P. Moore. Defendant must be present. SO ORDERED by Judge Raymond P. Moore on 5/29/2018. (Text Only Entry ) (rmsec ) (Entered: 05/29/2018) |
| 05/29/2018 | 33 | | MOTION to Continue *Hearing* by Michael Arthur Gerber. (Butterton, Mary) (Entered: 05/29/2018) |
| 05/30/2018 | 34 | | ORDER granting 33 Motion to Continue as to Michael Arthur Gerber (1). The Motion Hearing set for 6/1/2018 at 10:30 AM is VACATED. Counsel are instructed to contact Chambers via conference call, or email, on or before Monday, June 4, 2018, to |

| | | | |
|---|---|---|---|
| | | | reset the Motion Hearing. SO ORDERED by Judge Raymond P. Moore on 5/30/2018. (Text Only Entry ) (rmsec ) (Entered: 05/30/2018) |
| 05/30/2018 | 35 | | MINUTE ORDER as to Michael Arthur Gerber. Motion Hearing RESET for 6/14/2018 at 09:00 AM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 5/30/2018. (Text Only Entry ) (rmsec ) (Entered: 05/30/2018) |
| 06/14/2018 | 36 | | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Motion Hearing as to Michael Arthur Gerber held on 6/14/2018 re 31 Defendant's Motion for Out–of–Custody Mental Health Evaluation and Competency Determination. The Trial Preparation Conference, Jury Trial, and any deadlines are vacated. A written order will issue. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 06/14/2018) |
| 06/14/2018 | 37 | | ORDER Directing Competency Evaluation as to Michael Arthur Gerber (1). ORDERED by Judge Raymond P. Moore on 6/14/2018. (cthom, ) (Entered: 06/14/2018) |
| 06/28/2018 | 38 | | RESTRICTED DOCUMENT – Level 1: as to Michael Arthur Gerber (evana, ) (Entered: 06/28/2018) |
| 06/28/2018 | 39 | | MINUTE ORDER as to Michael Arthur Gerber. Competency Hearing set for 7/11/2018 at 10:30 AM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 6/28/2018. **Defendant must be present.** (Text Only Entry ) (rmsec ) (Entered: 06/28/2018) |
| 07/11/2018 | 40 | | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Competency Hearing as to Michael Arthur Gerber held on 7/11/2018. Three–day Jury Trial set for 9/10/2018 at 8:30 AM on the first day of trial and 9:00 AM on subsequent days in Courtroom A 601 before Judge Raymond P. Moore. Trial Preparation Conference set for 8/29/2018 at 12:00 PM in Courtroom A 601 before Judge Raymond P. Moore. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 07/11/2018) |
| 07/16/2018 | 41 | | MOTION to Withdraw as Attorney *and to Appoint New Counsel from the CJA Panel* by Mary V. Butterton by Michael Arthur Gerber. (Butterton, Mary) (Entered: 07/16/2018) |
| 07/16/2018 | 42 | | ORDER granting 41 Motion to Withdraw as Attorney and Appoint New Counsel from the |

| | | | |
|---|---|---|---|
| | | | Criminal Justice Act as to Michael Arthur Gerber (1). It is further ORDERED that conflict−free counsel from the Criminal Justice Act Panel shall be appointed for this Defendant. ORDERED by Judge Raymond P. Moore on 7/16/2018. (cthom, ) (Entered: 07/16/2018) |
| 07/20/2018 | 43 | | NOTICE OF ATTORNEY APPEARANCE: John F. Sullivan, III appearing for Michael Arthur GerberAttorney John F. Sullivan, III added to party Michael Arthur Gerber(pty:dft) (Sullivan, John) (Entered: 07/20/2018) |
| 08/07/2018 | 44 | | Unopposed MOTION to Continue *Jury Trial and Trial Preparation Conference and Exclude 45 Days from the Speedy Trial Calculation* by Michael Arthur Gerber. (Sullivan, John) (Entered: 08/07/2018) |
| 08/13/2018 | 45 | | ORDER granting Defendant's 44 Unopposed Motion to Exclude 45 Days from the Speedy Trial Act as to Michael Arthur Gerber (1). **The 70−day clock, exclusive of tolled time, shall accordingly be extended from September 10, 2018, to October 25, 2018**. The current Trial date and all pretrial deadlines and settings are hereby VACATED; and, four−day jury trial is RESET for October 22, 2018 at 9:00 a.m. On the first day of trial, counsel shall be present at 8:30 a.m. The Trial Preparation Conference is RESET for October 12, 2018 at 10:00 a.m. ORDERED by Judge Raymond P. Moore on 8/13/2018. (cthom, ) (Entered: 08/13/2018) |
| 08/27/2018 | 46 | | Petition for Warrant on Defendant On Pretrial Release as to Michael Arthur Gerber. (jgonz, ) (Entered: 08/27/2018) |
| 08/27/2018 | 47 | | ORDER granting in part and taking under advisement 46 Petition for Warrant on Defendant On Pretrial Release as to Michael Arthur Gerber as to Michael Arthur Gerber (1) by Magistrate Judge Kristen L. Mix on 8/27/2018. Text Only Entry (jgonz, ) (Entered: 08/27/2018) |
| 08/27/2018 | 48 | | Probation Warrant Issued as to Michael Arthur Gerber (jgonz, ) (Entered: 08/27/2018) |
| 08/30/2018 | 49 | | Arrest of Michael Arthur Gerber. Initial Appearance on Violation of Pretrial Release set for 8/30/2018 02:00 PM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. (Text Only entry)(nmarb, ) (Entered: 08/30/2018) |
| 08/30/2018 | 50 | | MINUTE ENTRY for Initial Appearance re Revocation of Pretrial Release as to Michael Arthur Gerber held before Magistrate Judge Kristen L. Mix |

| | | | |
|---|---|---|---|
| | | | on 8/30/2018. Defendant present in custody. Defendant advised. Court appoints counsel. Detention and Preliminary Revocation Hearing set for 9/5/2018 11:00 AM in Courtroom A401 before Magistrate Judge Kristen L. Mix. Defendant remanded. (Total time: 3 minutes, Hearing time: 2:17–2:20)<br><br>**APPEARANCES**: David Tonini on behalf of the Government, John Sullivan on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: KLM Courtroom A401. (lgale, ) Text Only Entry (Entered: 08/30/2018) |
| 08/30/2018 | 51 | | ORDER APPOINTING COUNSEL as to Michael Arthur Gerber by Magistrate Judge Kristen L. Mix on 8/30/18. Text Only Entry (lgale, ) (Entered: 08/30/2018) |
| 08/30/2018 | 52 | | CJA 23 Financial Affidavit by Michael Arthur Gerber. (lgale, ) (Entered: 08/30/2018) |
| 08/31/2018 | 53 | | Arrest Warrant issued on 8/27/18 Returned Executed on 8/28/18 in case as to Michael Arthur Gerber. (nmarb, ) (Entered: 08/31/2018) |
| 09/05/2018 | 54 | | MINUTE ENTRY for Preliminary Revocation and Detention Hearing as to Michael Arthur Gerber held before Magistrate Judge Gordon P. Gallagher on 9/5/2018. Defendant present in custody. Defendant is not contesting detention. ORDERED: Defendant detained. Defendant remanded. (Total time: 3 minutes, Hearing time: 12:28–12:31)<br><br>**APPEARANCES**: Daniel Burrows on behalf of the Government, John Sullivan on behalf of the defendant, Lynn Matesi on behalf of probation. FTR: Courtroom A401. (lgale, ) Text Only Entry (Entered: 09/05/2018) |
| 09/06/2018 | 55 | | ORDER OF DETENTION as to Michael Arthur Gerber by Magistrate Judge Gordon P. Gallagher on 9/6/18. (nmarb, ) (Entered: 09/06/2018) |
| 09/24/2018 | 56 | | NOTICE of Disposition by Michael Arthur Gerber (Sullivan, John) (Entered: 09/24/2018) |
| 09/24/2018 | 57 | | MINUTE ORDER as to Michael Arthur Gerber. In response to the Notice of Disposition 56 , it is ORDERED that counsel shall jointly contact Chambers via conference call (303.335.2784), or via email (deanne_bader@cod.uscourts.gov) on or before 5:00 pm on Wednesday, September 26, 2018 to set this matter for a Change of Plea Hearing. SO |

| | | | |
|---|---|---|---|
| | | | ORDERED by Judge Raymond P. Moore on 9/24/2018. (Text Only Entry ) (rmsec ) (Entered: 09/24/2018) |
| 09/27/2018 | 58 | | ORDER Setting Change of Plea Hearing as to Michael Arthur Gerber. Change of Plea Hearing set for 10/10/2018 at 11:00 AM in Courtroom A 601 before Judge Raymond P. Moore and the trial preparation conference scheduled for October 12, 2018, and the four–day jury trial scheduled for October 22, 2018 are VACATED. ORDERED by Judge Raymond P. Moore on 9/27/2018. (cthom, ) (Entered: 09/27/2018) |
| 10/10/2018 | 59 | | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Change of Plea Hearing as to Michael Arthur Gerber held on 10/10/2018. Guilty plea entered by Michael Arthur Gerber to Count 1 of the Indictment. Sentencing set for 1/3/2019 at 9:30 AM in Courtroom A 601 before Judge Raymond P. Moore. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 10/10/2018) |
| 10/10/2018 | 60 | | PLEA AGREEMENT as to Michael Arthur Gerber. (cpear) (Main Document 60 replaced on 11/27/2018 – **page 2 was missing**) (cpear). (Entered: 10/10/2018) |
| 10/10/2018 | 61 | | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Michael Arthur Gerber. (cpear) (Entered: 10/10/2018) |
| 11/27/2018 | 62 | | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Michael Arthur Gerber (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 11/27/2018) |
| 12/13/2018 | 63 | | OBJECTION/RESPONSE to Presentence Report by Michael Arthur Gerber (Sullivan, John) (Entered: 12/13/2018) |
| 12/20/2018 | 64 | | MOTION to Dismiss Counts *2* by USA as to Michael Arthur Gerber. (Burrows, Daniel) (Entered: 12/20/2018) |
| 12/20/2018 | 65 | | RESTRICTED DOCUMENT – Level 2: as to Michael Arthur Gerber. (Burrows, Daniel) (Entered: 12/20/2018) |
| 12/21/2018 | 66 | | RESTRICTED PRESENTENCE REPORT as to Michael Arthur Gerber (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 12/21/2018) |
| 12/21/2018 | 67 | | RESTRICTED ADDENDUM to Presentence Report 66 as to Michael Arthur Gerber (aarag, ) (Entered: |

| | | | |
|---|---|---|---|
| | | | 12/21/2018) |
| 12/24/2018 | 68 | | RESTRICTED DOCUMENT – Level 2: as to Michael Arthur Gerber. (Sullivan, John) (Entered: 12/24/2018) |
| 01/03/2019 | 69 | | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Sentencing held on 1/3/2019 as to Michael Arthur Gerber. 64 Motion to Dismiss is granted. Defendant sentenced as reflected on the record. 68 Defendant's motion is denied. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 01/03/2019) |
| 01/04/2019 | 70 | 12 | JUDGMENT as to defendant Michael Arthur Gerber (1), Count 1 – The defendant is committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: twelve (12) months and one (1) day. Supervised release for a term of: three (3) years. $100.00 Special Assessment. SO ORDERED by Judge Raymond P. Moore on 1/4/2019. (rmsec ) (Entered: 01/04/2019) |
| 01/04/2019 | 71 | | STATEMENT OF REASONS as to Michael Arthur Gerber. (rmsec ) (Entered: 01/04/2019) |
| 01/17/2019 | 72 | 19 | NOTICE OF APPEAL as to 70 Judgment, by Michael Arthur Gerber. (Sullivan, John) (Entered: 01/17/2019) |

4561613 AO 245B (Rev. 02/18)  Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>MICHAEL GERBER | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 1:18-cr-00118-RM-1<br>USM Number: 44594-013<br><br>John F. Sullivan III<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1 of the Indictment.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting a Federal Employee | 01/23/2018 | 1 |

The defendant is sentenced as provided in pages 2 through  7  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  2 of the Indictment   ☒ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 3, 2019
Date of Imposition of Judgment

*/s/ Raymond P. Moore*
Signature of Judge

Raymond P. Moore, United States District Judge
Name and Title of Judge

January 4, 2019
Date

12

AO 245B (Rev. 02/18) Judgment in Criminal Case

Judgment — Page 2 of 7

DEFENDANT: MICHAEL GERBER
CASE NUMBER: 1:18-cr-00118-RM-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **twelve (12) months and one (1) day.**

☒ The court makes the following recommendations to the Bureau of Prisons:
The court recommends that the Bureau of Prisons assure that the defendant takes as, and when required, any and all medication prescribed by his psychiatrist.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 1:18-cr-00118-RM Document 73-1 Filed 01/18/19 USDC Colorado Page 14 of 19
Case 1:18-cr-00118-RM Document 70 Filed 01/04/19 Page 3 of 7

AO 245B (Rev. 02/18) Judgment in Criminal Case

Judgment — Page 3 of 7

DEFENDANT: MICHAEL GERBER
CASE NUMBER: 1:18-cr-00118-RM-1

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: **three (3) years.**

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 02/18) Judgment in Criminal Case

Judgment — Page 4 of 7

DEFENDANT: MICHAEL GERBER
CASE NUMBER: 1:18-cr-00118-RM-1

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. (This condition removed)
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____ Date _____

AO 245B (Rev. 02/18) Judgment in Criminal Case

Judgment — Page 5 of 7

DEFENDANT: MICHAEL GERBER
CASE NUMBER: 1:18-cr-00118-RM-1

## SPECIAL CONDITIONS OF SUPERVISION

1. You must participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as you are released from the program by the probation officer. You must pay the cost of treatment as directed by the probation officer.
2. You must remain medication compliant and must take all medications that are prescribed by your treating psychiatrist. You must cooperate with random blood tests as requested by your treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of your prescribed medications is maintained.
3. You must reside in a Residential Reentry Center (RRC) for a period of up to six months, to commence upon release from imprisonment, and you must observe the rules of that facility. You may be discharged earlier than 6 months by the Probation Office if you are in compliance with supervision, and when a suitable release plan has been approved by the probation officer.
4. If the judgment imposes a financial penalty/restitution, you must pay the financial penalty/restitution in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect your ability to pay the financial penalty/restitution.

AO 245B (Rev. 02/18) Judgment in Criminal Case

Judgment — Page 6 of 7

DEFENDANT: MICHAEL GERBER
CASE NUMBER: 1:18-cr-00118-RM-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on the following page.

| | **Assessment** | **JVTA Assessment*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 | $ 66.19 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Paul Kenworthy | $18.83 | $18.83 | |
| Terry Rulla | $47.36 | $47.36 | |
| **TOTALS** | $ 66.19 | $ 66.19 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the following page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 02/18) Judgment in Criminal Case

DEFENDANT: MICHAEL GERBER
CASE NUMBER: 1:18-cr-00118-RM-1

Judgment — Page 7 of 7

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

The special assessment and restitution obligation are due immediately. Any unpaid monetary obligations upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly income.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-000118-RM

UNITED STATES OF AMERICA,

    Plaintiff

    v.

MICHAEL GERBER,

    Defendant.

___

## NOTICE OF APPEAL

___

The Defendant by and through counsel, John Sullivan, of the Law Office of John F. Sullivan, III, PC, gives notice that he intends to file an appeal to the Tenth Circuit Court of Appeals. Judgment was entered on January 4, 2019

Respectfully submitted this the 17th day of January, 2019.

    s/John F. Sullivan_____
    Law Office of John F Sullivan, III
    1745 Shea Center Drive, 4th Floor
    Littleton, CO 80129
    (303) 748-4343

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this entry on the party below on this the 17th day of January, 2019 via ECF:

Mr. Daniel Burrows
Special Assistant United States Attorney

    s/John F. Sullivan_____