United States District Court
Honorable Judge: Raymond Moore
ALFRED A. ARRAJ Conference
Courtroom
901- 19th Street
Denver, CO. 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 18 2019**

JEFFREY P. COLWELL
CLERK

RE: 18-CR-00118-RM

Your Honor,

    I, Michael A. Gerber, am submitting this letter, Pro Se, in regards to the ineffective assistance of counsel presented at my sentencing hearing. Not only did my counsel, John F. Sullivan, not come prepared with the substantial evidence that he was going to present and when I said something to him during my court appearance on the 4th of January, his response was; no just forget it, its too late.

    Then when everything was said and done, Mr. Sullivan stated "I'm sorry but I've been sick since the day before Christmas and I wasn't feeling well today". It was evident in court that he was unprepared and disoriented! Also, to top everything off, Mr. Sullivan stated that the prosecutor stated that I should of received time served.

    I believe that Mr. Sullivan should have been honest with the courts and stated that he wasn't feeling well and if needed we could of vacated the hearing for at least a few weeks so he could of been adequately prepared.

    After having a few days to digest all what had happened, I reached out to Mr. Sullivan in regards to an appeal and he stated I had 14 days to file it.

page 1 of 2

(cont.)

After many attempts of trying to contact him and get some answers, I stated to him on Friday, January 11th, 2019, to file a motion for Enlargement of Time for Defendant to Comply with Rule 46.3(A) to request a 30-day extention of time to pay the fee or file an application with the district court to proceed on appeal without the prepayment of the appellate filing fee (an "IFP Application"). Once again, I cant get in touch with Mr. Sullivan; therefore I left a message for him from the counselors office here at the Federal Detention Center (FDC) on Monday, January 14th, 2019. Without any communication at all now with Mr. Sullivan; I'm humbly requesting as of this 15th day of January, 2019, for an Enlargement of Time to Comply with Rule 46.3(A), which grants me a 30-day extention of time to comply.

Respectfully submitted

*Michael A. Gerber*
Michael A. Gerber
#

Federal Detention Center (FDC)
9595 West Quincy Avenue
Littleton, CO. 80123-1159

January 15th, 2019 (Tuesday)

page 2 of 2



Michael A. Gerber
#44594-013
Federal Det.
9595 West Quincy Avenue
Littleton, CO. 80123-1159

United States District Court
Honorable Judge: Raymond Moore
ALFRED A. ARRAJ Courthouse
Courtroom
901-19th Street
Denver, CO. 80294-3589

LEGAL
MAIL