FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

February 19, 2019

Elisabeth A. Shumaker
Clerk of Court

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MICHAEL GERBER,

    Defendant - Appellant.

No. 19-1022
(D.C. No. 1:18-CR-00118-RM-1)
(D. Colo.)

---

**ORDER**

---

Before **TYMKOVICH**, Chief Circuit Judge.

---

    This matter is before the court on attorney John F. Sullivan, III's motion for leave to withdraw as counsel for appellant Michael Gerber and his request that the court appoint new counsel to represent Mr. Gerber on appeal. The district court made the requisite finding of eligibility for the appointment of counsel.

    Upon consideration, the court grants the motion to withdraw. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, the court appoints Mr. Sullivan to represent Mr. Gerber for purposes of this appeal, effective nunc pro tunc to the date Mr. Sullivan

filed a notice of appeal on Mr. Gerber's behalf, and terminates that appointment with the entry of this order.

Mr. Sullivan has filed both a designation of record and a transcript order form. Mr. Sullivan shall have no continuing obligations in this appeal except to: (1) ensure that he has made appropriate arrangements through the district court's eVoucher system for payment of the transcript he ordered on February 1, 2019; (2) forward to substitute counsel any materials in his possession that are pertinent to this appeal; and (3) send a copy of this order to Mr. Gerber.

The court appoints Wendy Palen to represent Mr. Gerber going forward in this appeal. *See* 18 U.S.C. § 3006A. Ms. Palen's contact information is:

Wendy Curtis Palen
Palen Law Offices, LLP
P.O. Box 156
Glendo, WY 82213
Direct: 307-735-4022
Email: palenlaw@gmail.com

On or before March 1, 2019, Ms. Palen shall enter an appearance in this appeal on Mr. Gerber's behalf. If warranted, Ms. Palen shall file—on or before March 18, 2019: (1) a supplemental transcript order form; and/or (2) a supplemental designation of record. If Ms. Palen orders any additional transcript(s), she must file a CJA 24 form in the U.S. District Court for the District of Colorado and should direct any questions regarding that requirement to the district court Clerk's office.

The court directs its Clerk to transmit a copy of this order to the district court Clerk and directs the district court to wait until at least March 19, 2019 before transmitting the record on appeal.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Lisa A. Lee
            Counsel to the Clerk