# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal**

Short Title: ___USA v. Gerber_____     District: ____Colorado_____
District Court Number: __18-cr-00118-RM-01__     Circuit Court Number:___19-1022_____
Name of Attorney: ___Wendy Curtis Palen_____
    Name of Law Firm: __Palen Law Offices, LLP_____
    Address of Firm: ____PO Box 156, Glendo, WY 82213_____
    Telephone of Firm: _307-735-4022___   Attorneys for: _____Appellant_____
Name of Court Reporter: _Tammy Hoffschildt_ Telephone of Reporter: _____

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A -**    **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
    [] A transcript is not necessary for this appeal, or
    [] The necessary transcript is already on file in District Court –
    [] The necessary transcript was ordered previously in appeal
        number _____

**SECTION B -**    **I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
                        Change of Plea Hearing 10/10/2018

              [x] **This case is proceeding under the Criminal Justice Act.**
**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: __/s/__Wendy Curtis Palen_____ Date: __03/05/2019_____

**A-8**    Transcript Order Form 4/97

**PART III -   TO BE COMPLETED BY THE COURT REPORTER**

    Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____

Estimated completion date: _____

Estimated number of pages: _____

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____   Date:_____

**A-8**   Transcript Order Form 4/97