**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                     Chris Wolpert
Clerk of Court          June 14, 2019           Chief Deputy Clerk


Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589


**RE:  19-1022, United States v. Gerber**
     Dist/Ag docket: 1:18-CR-00118-RM-1

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's May 23, 2019 judgment takes effect this date.

Please contact this office if you have questions.

                                        Sincerely,

                                        *[signature]*

                                        Elisabeth A. Shumaker
                                        Clerk of the Court


cc:     Daniel E. Burrows
        Michael Conrad Johnson
        Wendy Curtis Palen

EAS/na