November 4, 2020

Judge Raymond P. Moore

Alfred A. Arraj United States Courthouse

A641/ Courtroom A601

901 19th St. Denver, Co 80294

Case number: Docket / Dft No. : 1082

1:18CR00118-1

```
         FILED
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

    NOV 06 2020

JEFFREY P. COLWELL
              CLERK
```

Dear Sir,

This is my formal request for early release from my probation.

I served my prison sentence and approximately 50% of my probation time, which is a year and a half of my 3 year probation requirement.

I have done everything asked of the courts and probation office including evaluations. I have housing but I'm planning on moving and this move will be out of state. I am working with the Veterans to secure a home loan so I can get my disabled son out of the state run facility he's in now in Mississippi.

My probation officers in Denver and Colorado springs can verify that I have do everything required by the courts.

Thank you for your consideration in this matter.

Michael Gerber



U.S. POSTAGE PAID
FCM LETTER
COLORADO SPRINGS
80920
NOV 04, 20
AMOUNT
$4.10
R2305K135707-15

CERTIFIED MAIL
7020 1810 0002 2765 4498

Judge Raymond P. Moore
Alfred A. Arraj United States Courthouse
A 64l / Courtroom A601
901 19th St.
Denver CO 80294

Michael A. Gerber
6620 Stonehedge Dr.
Colorado Springs CO 80918