## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No: 18-cr-00118-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ARTHUR GERBER,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 10th day of November, 2020.

                        JASON R. DUNN
                        United States Attorney

                        By: *s/ Martha A. Paluch*
                        MARTHA A. PALUCH
                        Assistant United States Attorney
                        United States Attorney's Office
                        1801 California Street, Suite 1600
                        Denver, Colorado 80202
                        Telephone: (303) 454-0100
                        Email: Martha.paluch@usdoj.gov
                        Attorney for the United States

## **CERTIFICATE OF SERVICE**

      I certify that on this 10th day of November, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                         By:  *s/Stephanie Price*
                               Legal Assistant
                               United States Attorney's Office