IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 18-cr-00118-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL GERBER,

    Defendant.

___

**ORDER DENYING REQUEST FOR EARLY
TERMINATION OF SUPERVISED RELEASE**
___

    This matter is before the Court on the letter from Defendant formally requesting early termination of supervised release.[1] (ECF No. 86.) The Court has construed the letter as a formal *pro se* motion (the "Motion") and has solicited information from the Probation Office and the government (ECF No. 89) in response. The Court has considered the same, as well as the docket in general. The Motion is DENIED.

    DATED this 30th day of November, 2020.

                                      BY THE COURT:

                                      RAYMOND P. MOORE
                                      United States District Judge

---

[1] The letter requests termination of "probation," but Defendant is actually on supervised release.