May 20. 2021

To: The Honorable Judge Raymond P Moore

10th District Court

From: Michael A. Gerber

Case #: 1:18-cr-00118-RM-1

USM#: 44594-013

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 25 2021

JEFFREY P. COLWELL
CLERK

Dear Sir,

I'm writing to request an early release from probation. I served my time in prison and have completed 2/3 rds of my probation.

Through the Veterans administration I was able to purchased a home in Arkansas for my stepson and I to live. Now I will be able to be reunited with him after 3 years and get him out the the state run facility his Aunt, being his only blood relative put him in. Its been 3 years since is mother died and the only friend he had was his dog who past away a few months ago.

Since my discharge I have done all the things requested by the courts. My fines were paid right away, I live in a rooming house that I've been in for well over a year. I've been paying my storage fees, my car is paid for, registered and insured.  have a good relationship with my probation officers in,, Denver and Colorado Springs.

I want to put this whole ordeal behind me and move on as best I can. I know being a felon is a lifetime sentence which is why I can't live in a decent apartment but now I have a house near a lake and hopefully with your permission I can finish my days out fishing and gardening.

I also have a girlfriend that I've know for years. She is retired from law enforcement and I'm in hopes of her joining my son and I. Enclosed is a letter from her also.

Sincerely,

Michael A. Gerber

17 May 2021

TO: The Honorable Raymond Moore
     10th District U.S. Court Judge

Re: Michael A. Gerber
    Case #: 1:18-cr-00118-RM-1
    USM #: 44594-013

Dear Judge Moore,

I am writing this in reference to the above referenced individual, Michal A. Gerber.

I have known Mr Gerber for several years, even prior to the passing of his wife, Tammy Gerber. We have grown to know each other well. He was granted a travel permit to visit me and my 91 year old mother a few months ago. Our visit was filled with kindness and a renewal of friendship. I must state that I care full-time for my mother who is ridden with dementia, which is a full-time job for me. While Michael was here he was so giving and caring, allowing me a break and to relax somewhat.

During our visit I noticed how much he has changed and made several great strides to better himself. I see this as a step forward to better his life and that includes his autistic son who is currently residing in Mississippi.

Recently he has made an offer on a home in Arkansas with the help of the VA. The offer was accepted by the owner and it is my understanding that the house will close on June 15th, 2021. His loan was pre-approved so now it is just a waiting period which brings me to the reason why I am writing to your Honor.

2

I am requesting that Your Honor give Mr. Gerber consideration for an early release of his probation so that he may move forward, and relocate to Arkansas. I have encouraged and supported him throughout his probation. I am also in high hopes that his son, Timothy, will will relocate to Arkansas so that they can reknew their relationship.

I respectfully submit this request to your Honor for his preview and pray that an early release is given. If needed I can be reached at the number below.

With Gratitude,

Imogene A Welsh
Imogene A. Welsh
(505) 508-6077

cc: - PPO, Michael Bohlen
    - Michael Gerber

**FROM:**
Michael A. Gerber
PO Box 63352
Colorado Springs, CO 80962

**TO:**
Judge Raymond P. Moore
Alfred A. Arraj United
States Courthouse A601
Courtroom A601
901 19th St
Denver CO 80294