June 25, 2021

To: The Honorable Judge Raymond P. Moore
10th District Court

From: Michael A. Gerber
Case #: 1:18-cr-00118-RM-1
USM#: 44594-013

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 28 2021

JEFFREY P. COLWELL
CLERK

Dear Sir,

My name is Michael Gerber. This is my formal request for early dismissal of my probation.

I waited the 30 days the courts requested.

I am confused on the process because last month my probation officer, Michael Buhler, stated he thought the courts would ask for something from him, with his recommendation, after I sent my request. Then after I got my rejection he said it was too late. Now I again have to send this second request in before he sends in his recommendation. My probation officer said this was just a snafu, however to me it looks as if I may get a determination one way or the other before he submits his recommendation which will put me in the same position as last month.

I'm just hoping we don't run into this same "snafu".

Enclosed are the same letters I submitted before.

Sincerely, Michael A. Gerber

May 20. 2021

To: The Honorable Judge Raymond P Moore

10th District Court

From: Michael A. Gerber

Case #: 1:18-cr-00118-RM-1

USM#: 44594-013

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 28 2021**

JEFFREY P. COLWELL
CLERK

Dear Sir,

I'm writing to request an early release from probation. I saved my time in prison and have completed 2/3 rds of my probation.

Through the Veterans administration I was able to purchased a home in Arkansas for my stepson and I to live. Now I will be able to be reunited with him after 3 years and get him out the the state run facility his Aunt, being his only blood relative put him in. Its been 3 years since is mother died and the only friend he had was his dog who past away a few months ago.

Since my discharge I have done all the things requested by the courts. My fines were paid right away, I live in a rooming house that I've been in for well over a year. I've been paying my storage fees, my car is paid for, registered and insured.  have a good relationship with my probation officers in,, Denver and Colorado Springs.

I want to put this whole ordeal behind me and move on as best I can. I know being a felon is a lifetime sentence which is why I can't live in a decent apartment but now I have a house near a lake and hopefully with your permission I can finish my days out fishing and gardening.

I also have a girlfriend that I've know for years. She is retired from law enforcement and I'm in hopes of her joining my son and I. Enclosed is a letter from her also.

Sincerely,

Michael A. Gerber

17 May 2021

TO: The Honorable Raymond Moore
10th District U.S. Court Judge

Re: Michael A. Gerber
    Case #: 1:18-cr-00118-RM-1
    USM #: 44594-013

Dear Judge Moore,

I am writing this in reference to the above referenced individual, Michal A. Gerber.

I have known Mr. Gerber for several years even prior to the passing of his wife, Tammy Gerber. We have grown to know each other well. He was granted a travel permit to visit me and my 91 year old mother a few months ago. Our visit was filled with kindness and a renewal of friendship. I must state that I care full-time for my mother who is ridden with dementia, which is a full-time job for me. While Michael was here he was so giving and caring, allowing me a break and to relax somewhat.

During our visit I noticed how much he has changed and made several great strides to better himself. I see this as a step forward to better his life and that includes his autistic son who is currently residing in Mississippi.

Recently he has made an offer on a home in Arkansas with the help of the VA. The offer was accepted by the owner and it is my understanding that the house will close on June 15th, 2021. His loan was pre-approved so now it is just a waiting period which brings me to the reason why I am writing to your Honor.

2

I am requesting that Your Honor give Mr. Gerber consideration for an early release of his probation so that he may move forward, and relocate to Arkansas. I have encouraged and supported him throughout his probation. I am also in high hopes that his son, Timothy, will will relocate to Arkansas so that they can reknew their relationship.

I respectfully submit this request to your Honor for his preview and pray that an early release is given. If needed I can be reached at the number below.

With Gratitude,

Imogene A Welsh
Imogene A. Welsh
(505) 508-6077

cc: - PPO, Michael Bohlen
    - Michael Gerber



Michael A. Gerber
P. Box 291
Cherokee Village, AR
72525

Judge Raymond P. Moore
Alfred A. Arraj United States Courthouse
A641 / Courtroom A 601
901 19th St.
Denver, CO 80294

7020 1290 0000 8323 0968

80294-250099