# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 18-cr-00118-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL GERBER,

    Defendant.

___

## ORDER REGARDING EARLY TERMINATION OF SUPERVISED RELEASE
___

THIS MATTER is before the Court upon Defendant's request for early termination of probation (ECF No. 93).

The Probation Officer and the Government have indicated that they do not oppose this request. In addition, the Court has considered the original presentence report. Based on the Court's review, it is

ORDERED that the defendant's supervised release be terminated, that he be discharged from supervised release.

DATED this 30th day of June, 2021.

BY THE COURT:

_[signature]_
_____
RAYMOND P. MOORE
United States District Judge